UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON BOWMAN THOMAS WILDER<br><br>　　　　Plaintiff,<br>vs.<br>ANDREW SAUL,<br>Commissioner, Social Security,<br>　　　　Defendant. | CASE NO. CV 19-6753 GJS<br><br>[~~Proposed~~] <u>ORDER AWARDING</u><br><u>EAJA ATTORNEY FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees, IT IS ORDERED that fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED:  February 18, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE